IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| OSCAR REYES, | : |
| Plaintiff, | : |
| v. | : Civil Case No. 1:17-cv-00337-LO/JFA |
| MILLICOM AMERICAS, LLC, ET AL | : |
| Defendants. | : |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE ONLY AS IT RELATES TO DEFENDANT IDT TELECOM, INC D/B/A BOSS REVOLUTION**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby DISMISSES the above-styled action <u>without</u> prejudice against Defendant IDT Telecom, Inc d/b/a Boss Revolution, who has yet to file an answer or a motion for summary judgment.

Respectfully submitted,
**OSCAR REYES**

_/s/ Kristi C. Kelly_
Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq. VSB # 82170
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: 703-424-7576
Facsimile: 703-591-0167
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com
*Counsel for Plaintiff*

So ordered
6/15/17

/s/ [signature]
Liam O'Grady
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2017, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/
Kristi Cahoon Kelly, Esq. VSB # 72791
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
E-mail: kkelly@kellyandcrandall.com
*Counsel for Plaintiff*