**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| OSCAR REYES, *for himself and on behalf of all similarly situated individuals*,<br><br>Plaintiff,<br><br>v.<br><br>MILLICOM AMERICAS LLC,<br><br>Defendant. | Civil Action No.  1:17-cv-00337-LO-JFA |

**NOTICE OF WITHDRAWAL OF NOTICE OF HEARING**

Please take notice that Defendant Millicom Americas LLC ("Millicom Americas") hereby withdraws its Notice of Hearing (ECF No. 36) set for July 28, 2017, at 10:00 a.m., on its Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 34).

On July 25, 2017, Plaintiff filed a Motion for Leave to File a Second Amended Complaint (ECF No. 39).  If granted, Plaintiff's Motion for Leave would have the effect of dismissing all claims against Millicom Americas without prejudice.  Accordingly, if Plaintiff's Motion for Leave is granted, Millicom Americas will no longer be a party to the action, and its Motion to Dismiss will be moot.  In the interests of efficiency, Millicom Americas withdraws its Notice of the Hearing on its Motion to Dismiss from the docket, pending the Court's decision on Plaintiff's Motion for Leave to File a Second Amended Complaint.

DATED: July 25, 2017                               Respectfully submitted,

                                                    MILLICOM AMERICAS LLC

                                                     /s/ Thomas R. Waskom
                                                    Thomas R. Waskom (VSB #68761)
                                                    Elizabeth A. Reese (VSB #89510)
                                                    HUNTON & WILLIAMS LLP
                                                    Riverfront Plaza, East Tower
                                                    951 East Byrd Street
                                                    Richmond, Virginia 23219
                                                    Telephone:  (804) 788-8403
                                                    Facsimile:   (804) 788-8218
                                                    Email: twaskom@hunton.com
                                                    Email: ereese@hunton.com

                                                    *Counsel for Millicom Americas LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2017, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

   /s/ Thomas R. Waskom
Thomas R. Waskom (VSB #68761)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone:  (804) 788-8403
Facsimile:   (804) 788-8218
Email: twaskom@hunton.com

*Counsel for Millicom Americas LLC*