**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| OSCAR REYES, *for himself and on behalf of all similarly situated individuals*,  )<br><br>Plaintiff,  )<br>v.  )<br>MILLICOM AMERICAS, LLC, *et al.*,  )<br>Defendant.  ) | Civil Action No. 1:17-cv-00337-LO-JFA |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses the above-styled action with prejudice as to the remaining defendants, Telemovil El Salvador, S.A. d/b/a TIGO ("Telemovil") and John Doe, who has yet to file an answer or a motion for summary judgment. Plaintiff further requests to the Court to notate this matter as CLOSED.

Respectfully submitted,
**OSCAR REYES**

 /s/ *Kristi C. Kelly*
Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq. VSB # 82170
Casey S. Nash, Esq. VSB#84261
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: 703-424-7576
Facsimile: 703-591-0167
Email:  kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com
Email: casey@kellyandcrandall.com
*Counsel for Plaintiff*

Dated: August 13, 2018

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of August, 2018, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                                            ___/s/_____
                                                            Kristi Cahoon Kelly, Esq. VSB # 72791
Andrew J. Guzzo, Esq. VSB # 82170
Casey S. Nash, Esq. VSB#84261
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
E-mail: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com
Email: casey@kellyandcrandall.com
*Counsel for Plaintiff*