## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

OSCAR REYES, *for himself and on behalf*
*of similarly situated individuals*,

        *Plaintiff*,

        v.

MILLICOM AMERICAS, LLC, *et al.*,

        *Defendant.*

Civil No. 1:17-cv-337

Hon. Liam O'Grady

## ORDER

The Court has received the Notice of Voluntary Dismissal by Plaintiff Oscar Reyes, and

finds good cause to **DISMISS** this action **WITH PREJUDICE**. The Clerk is instructed to

terminate this matter.

It is **SO ORDERED.**

August **20** 2018
Alexandria, Virginia

Liam O'Grady
United States District Judge